**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:    Akissa Teuni Booker, Debtor**                    **Case No. 24-50781-KMS**
                                                                              **CHAPTER 13**

**<u>NOTICE</u>**

Debtor has filed papers with the court to incur new debt.
**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: July 15, 2026              Signature:    <u>/s/ Thomas C. Rollins, Jr.</u>
                                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                                            The Rollins Law Firm, PLLC
                                                            P.O Box 13767
                                                            Jackson, MS 39236
                                                            601-500-5533
                                                            trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Akissa Teuni Booker, Debtor                    Case No. 24-50781-KMS
                                                                    **CHAPTER 13**

**MOTION TO INCUR NEW DEBT**

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 06/04/2024.
2. Debtor is paying approximately 0% to General Unsecured Debts through the plan.
3. Debtor will be surrendering the 2017 Honda Civic.
4. Debtor wishes to borrow up to $30,000.00 to purchase a vehicle with an interest rate not to exceed 25.00% and a monthly payment not to exceed $500.00.
5. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on July 15, 2026, to the creditor, case trustee and U.S. Trustee as indicated in the "21 day notice" that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system.  I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 24-50781 |
| AKISSA TEUNI BOOKER | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 7/15/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/15/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

AKISSA TEUNI BOOKER

CASE NO: 24-50781

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/15/2026, a copy of the following documents, described below,

Notice and Motion to Incur Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/15/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-50781
SOUTHERN DISTRICT OF MISSISSIPPI
WED JUL 15 10-46-8 PST 2026

EXCLUDE

(U)FARM BUREAU BANK

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

ACIMA CREDIT
9815 S MONROE ST
4TH FLOOR
SANDY  UT 84070-4384

ADVANCE AMEICA
3910 HARDY ST
STE 20
HATTIESBURG  MS 39402-1500

AMERICAN CREDIT ACCEPTANCE
961 EAST MAIN STREET
SPARTANBURG   SC 29302-2149

CSPIRE WIRELESS
PO BOX 159
MEADVILLE  MS 39653-0159

COMMUNITY CHOICE FINAN
PO BOX 550
HUTCHINSON  KS 67504-0550

COVINGTON COUNTY HOSPI
PO BOX 1149
COLLINS  MS 39428-1149

FAIR COLLECTIONS  OUT
ATTN  BANKRUPTCY DEPT
14400 SWEITZER LANE 235
LAUREL  MD 20707-3006

FARM BUREAU BANK
PO BOX 9013
ADDISON  TEXAS 75001-9013

FARM BUREAU INSURANCE
PO BOX 1972
JACKSON  MS 39215-1972

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

MS PAIN  MIGRAINE
4 WILLOW PINTE
STE 1
HATTIESBURG  MS 39402-1150

NATIONAL CREDIT ADJ
327 WEST 4TH AVENUE
PO BOX 3023
HUTCHINSON  KS 67504-3023

NATIONAL CREDIT ADJUSTERS  LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 3023
HUTCHINSON  KS 67504-3023

PARK PINES APARTMENTS
447 WILLIAM CAREY PKWY
HATTIESBURG  MS 39401-7780

RENT A CENTER
129 LEONTYNE PRICE BLV
LAUREL  MS 39440-4427

SANTANDER CONSUMER
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH  TX 76161-0244

SANTANDER CONSUMER USA  INC
1601 ELM ST  STE 800
DALLAS  TX 75201-7260

SIMPSON LAW FIRM
PO BOX 2058
MADISON  MS 39130-2058

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

DEBTOR

AKISSA TEUNI BOOKER
214 A LINCOLN RD
COLLINS  MS 39428-3869

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767